UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RYAN AUTIN** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO.  20-528-JWD-EWD** |
| **CHEROKEE INSURANCE COMPANY, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 18) dated December 7, 2020, to which no objection was filed;

**IT IS ORDERED** that this matter is REMANDED to the Eighteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on January 5, 2021.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**